709 A.2d 201

IN THE MATTER OF MARIE C. CHEN, AN ATTORNEY AT LAW.

May 6, 1998.

**ORDER**

The Disciplinary Review Board on April 1, 1998, having filed with the Court its decision concluding that **MARIE C. CHEN** of **BOUND BROOK,** who was admitted to the bar of this State in 1986, and who thereafter was suspended from the practice of law for a period of three months effective to August 1, 1997, and who remains suspended at this time, should be suspended from practice for a period of six months, consecutive to respondent's three-month suspension, for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.16 (improper termination of representation), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing:

It is ORDERED that **MARIE C. CHEN** is hereby suspended from the practice of law for a period of six months, effective

November 1, 1997, and until further Order of the court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.